**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:22-cv-23364-CMA**

ALAN ORIA, an individual,

Plaintiff,

v.

SUNCREST TOWNHOUSE
CONDOMINIUM, INC.,
A Florida non-profit corporation,

Defendant.
_______________________________________/

# JOINT NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, ALAN ORIA, and Defendant, SUNCREST TOWNHOUSE CONDOMINIUM, INC. (collectively, the "Parties"), by and through their undersigned counsel, hereby advise the Court that this matter has settled at the Mediation on February 13, 2023, and the Parties are currently in the process of finalizing the same.

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |
|---|---|
| By: */s/ Geoffrey D. Ittleman*<br>Geoffrey D. Ittleman, Esq.<br>Fla. Bar No.: 377790<br>geoffrey@ittlemanlaw.com | By: */s/ Evelyn Greenstone Kammet*<br>Evelyn Greenstone Kammet, Esq.<br>Florida Bar No. 0044060<br>egreenstone@florida-law.com<br>egkfiling@florida-law.com<br>mespinosa@florida-law.com<br>ndelgado@florida-law.com |